# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Ashleigh M. Steever )<br>*Plaintiff* )<br> )<br>v. )<br> )<br>Portfolio Recovery Associates, LLC *et al.* )<br>*Defendants* )<br> ) | Case No. 3:24-cv-00556-RGJ-RSE |

## ORDER DISMISSING WITH PREJUDICE

Plaintiff Ashleigh M. Steever and Defendants Portfolio Recovery Associates, LLC and Javitch Block, LLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against Portfolio Recovery Associates, LLC and Javitch Block, LLC as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Ashleigh M. Steever's claims against Defendants Portfolio Recovery Associates, LLC and Javitch Block, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees except as otherwise agreed.

Rebecca Grady Jennings, District Judge
United States District Court

April 23, 2025

APPROVED BY:

/s/ James R. McKenzie
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 371-2179
Fax:    (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Ashleigh M. Steever*

/s/ Lauren M. Burnette (by permission)
Lauren M. Burnette (admitted *pro hac vice*)
*Messler Strickler Burnette, Ltd.*
1200 Riverplace Boulevard, Suite 105 #1558
Jacksonville, FL 32207
Tel: (904) 892-6936
E-mail: lburnette@messerstrickler.com
*Counsel for Defendant*
*Portfolio Recovery Associates, LLC*

Spencer M. Schulz (admitted *pro hac vice*)
*Messler Strickler Burnette, Ltd.*
3157 Gentilly Boulevard, #2558
New Orleans, LA 70122
Tel: (225) 746-8123
E-mail: sschulz@messerstrickler.com
*Counsel for Defendant*
*Portfolio Recovery Associates, LLC*

/s/ Boyd W. Gentry (by permission)
Boyd W. Gentry
*Law Office of Boyd W. Gentry, LLC*
4031 Colonel Glenn Highway, First Floor
Dayton, OH 45431
Tel: (937) 839-2881
E-mail: bgentry@boydgentrylaw.com
*Counsel for Defendant*
*Javitch Block, LLC*